IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02526-MSK-MEH

ELLEN CAMPBELL,

       Plaintiff,

v.

ACADEMY COLLECTION SERVICES, INC.,
ADAM PARKER, whose true name is unknown, and
MATT FISHER, whose true name is unknown,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice **(#18 )** filed June 6, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 7th day of June, 2006.

                                                   **BY THE COURT:**

                                                 *Marcia S. Krieger* (signature)

                                                 Marcia S. Krieger
                                               United States District Judge